AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
JAN 18 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY



| Mary R. Reynolds | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-18-CV-099-XR |
| Medicredit, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Court grants Defendant's Motion for Summary Judgment, The Clerk is Ordered to enter this Judgment in favor of the Defendant and Dismiss this case with Prejudice. This case is hereby CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez.

Date:  01/18/2019

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*