# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY R. REYNOLDS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 5:18-CV-00099-XR |
| MEDICREDIT, INC., | ) ) ) | |
| Defendant. | ) | |

**PROPOSED ORDER GRANTING DEFENDANT MEDICREDIT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES**

This matter is before the Court on Defendant Medicredit, Inc.'s Unopposed Motion for Extension of Time to File Motion for Attorney Fees (the "Motion"). The Court, having considered the Motion finds good cause for the requested extension.

The Court, therefore, GRANTS the Motion and orders that the deadline for filing motions for attorney fees under F.R.C.P. 54(d) is extended to February 15, 2019.

Done and Ordered this __ day of _____, 2019.

By the Court:

_____
District Court Judge