NOBLE

**Call History**

2/15/2018
13:59:25

| From: | 01 Jan 2016 To 15 Feb 2018 |
|---|---|
| Time Range: | 00:00 To 23:59 |
| Campaigns: | BOC2 - B-MC-COL-Centura-PredNW, TRNW - B-MC-SLC-CoreTrinity-PredNW, HBX9 - B-MC-HOU-CoreLegacy-TCPA, HSPC - |
| Agents: | All Agents |
| List IDs: | All List IDs |
| Area Code: | |
| Phone: | 3654 |
| Inbound/Outbound: | Both |
| System Coded Calls: | Yes |
| Filler1: | Not Applicable |
| Filler2: | Not Applicable |
| Filler3: | Not Applicable |
| Filler4: | Not Applicable |
| Dnis: | Not Applicable |

| Telephone | Call Type | Listid | Camp. | OB Caller ANI | OB Caller Name | Agent Name | Agent Code | Agent Status | Addi Status | Call Date | Call Time (hh:mm) | Time Connect | Time ACW | Time Hold | Filler1 | Filler2 | Filler3 | Filler4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Kamara Carthon | 4863 | A1 | AM | 9/11/2017 | 10:50 | 00:00:11 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 91552 | 6 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Deja Mayweather | 2597 | A2 | NA | 9/14/2017 | 18:34 | 00:00:08 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 178772 | 9 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Cyd Brown | 2645 | A1 | LM | 9/18/2017 | 08:35 | 00:00:17 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 141291 | 13 |
| 3654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 9/22/2017 | 08:31 | 00:00:00 | 00:00:00 | 00:00:20 | titanium_custom 2 | 73242938 | 121997 | 17 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Christopher Hobbs | 4832 | A1 | TR | 9/22/2017 | 08:31 | 00:00:13 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 121997 | 17 |
| 3654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 9/26/2017 | 12:43 | 00:00:00 | 00:00:00 | 00:00:19 | titanium_custom 2 | 73242938 | 147636 | 21 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Kimberly Jefferson | 4870 | A1 | TR | 9/26/2017 | 12:43 | 00:00:13 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 147636 | 21 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Wakisha Foster | 4865 | A1 | MD | 10/3/2017 | 13:24 | 00:00:19 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 145894 | 28 |
| 3654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 10/10/2017 | 11:33 | 00:00:00 | 00:00:00 | 00:00:20 | titanium_custom 2 | 73242938 | 147291 | 35 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Mylah Kent | 2667 | A1 | TC | 10/10/2017 | 11:33 | 00:00:06 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 147291 | 35 |
| 3654 | Outb.Norm.Fail | 1041 | HSNW | | | SYST | SYST | N | | 10/16/2017 | 16:38 | 00:00:00 | 00:00:00 | 00:00:00 | titanium_custom 2 | 73242938 | 88352 | 41 |
| 3654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 10/18/2017 | 11:22 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_custom | 73242938 | 87782 | 43 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Kentsha McClendon | 6379 | A1 | TC | 10/18/2017 | 11:22 | 00:00:43 | 00:00:00 | 00:00:00 | dm9_custom | 73242938 | 87782 | 43 |
| 3654 | Outb.Norm.Term. | 1041 | HSNW | | | Neosha Ellis | 2544 | A1 | AM | 10/23/2017 | 11:40 | 00:00:04 | 00:00:00 | 00:00:00 | dm9_custom | 73242938 | 86326 | 48 |

HostDSN: xrpslpappnbl01 | v.4.0.1.8 | qku8203

Exhibit E

**MC0037**

| Telephone | Call Type | Listid | Camp. | OB Caller ANI | OB Caller Name | Agent Name | Agent Code | Status | Addi Status | Call Date | Call Time (hh:mm) | Time Connect | Time ACW | Time Hold | Filler1 | Filler2 | Filler3 | Filler4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Wakisha Foster | 4865 | A1 | MD | 10/26/2017 | 11:09 | 00:01:01 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 84454 | 51 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Stephen Stewart | 4341 | A1 | TR | 10/30/2017 | 11:11 | 00:00:23 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 83139 | 55 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 10/30/2017 | 11:12 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 83139 | 55 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 11/2/2017 | 13:59 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 81393 | 58 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Mary Savery | 4461 | A1 | TR | 11/2/2017 | 13:59 | 00:00:20 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 81393 | 58 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Veron Bailey | 2530 | A1 | AM | 11/6/2017 | 12:29 | 00:00:19 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 81004 | 62 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Latora Harris | 2656 | A1 | TC | 11/15/2017 | 19:47 | 00:00:20 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 75868 | 71 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 11/15/2017 | 19:48 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 75868 | 71 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 11/20/2017 | 09:58 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 76944 | 76 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Mary Elias | 2779 | A1 | TC | 11/20/2017 | 09:58 | 00:00:09 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 76944 | 76 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 11/27/2017 | 10:02 | 00:00:00 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 77288 | 83 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Tamiko Redfern | 6241 | A1 | TC | 11/27/2017 | 10:02 | 00:00:07 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 77288 | 83 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 11/30/2017 | 13:44 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 74060 | 86 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Tarshel Massey | 4808 | A1 | TC | 11/30/2017 | 13:44 | 00:00:19 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 74060 | 86 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 12/4/2017 | 12:07 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 75539 | 90 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Jahmelia Johnson | 2723 | A1 | TC | 12/4/2017 | 12:07 | 00:00:25 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 75539 | 90 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Pamela Clark | 4836 | A1 | MD | 12/7/2017 | 13:04 | 00:00:20 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 72051 | 93 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Krystal Bailey | 4868 | A1 | TC | 12/11/2017 | 10:41 | 00:00:19 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 72714 | 97 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 12/11/2017 | 10:42 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 72714 | 97 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Trinicia Cook | 2556 | A1 | TR | 12/14/2017 | 10:11 | 00:00:03 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 69933 | 100 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 12/14/2017 | 10:12 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 69933 | 100 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 12/18/2017 | 11:22 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 69857 | 104 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Lachelle Cutts | 2688 | A1 | TC | 12/18/2017 | 11:22 | 00:00:20 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 69857 | 104 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Jasmine Amerson | 2545 | A1 | AM | 12/21/2017 | 10:20 | 00:00:08 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 67356 | 107 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 12/27/2017 | 12:48 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 64206 | 113 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Amashoda Mueller | 4850 | A1 | TC | 12/27/2017 | 12:48 | 00:00:19 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 64206 | 113 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 1/3/2018 | 11:47 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 61843 | 120 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Janet Allen | 2681 | A1 | TC | 1/3/2018 | 11:47 | 00:00:14 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 61843 | 120 |
| 654 | Outb.Norm.Term. | 1041 | HSNW | | | Jennifer Shelton | 2696 | A1 | TC | 1/8/2018 | 09:41 | 00:00:21 | 00:00:00 | 00:00:00 | dm9_cus tom | 73242938 | 59636 | 125 |
| 654 | Outb.IVR term. | 1041 | HSNW | | | SYST | SYST | MC | | 1/8/2018 | 09:42 | 00:00:00 | 00:00:00 | 00:00:20 | dm9_cus tom | 73242938 | 59636 | 125 |
| 654 | Inb.Normal | 23180 | HSIN | | | Christopher Hobbs | 4832 | A1 | LM | 1/9/2018 | 16:23 | 00:01:25 | 00:00:01 | 00:00:00 | | | | |

MC0038